UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS,<br>          Plaintiff,<br>     v.<br>FREDERICK S GABRIEL, et al.,<br>          Defendants. | Case No. 14-cv-03588-DMR<br><br>**ORDER TO SUBMIT STATUS REPORT** |

On December 21, 2014, Plaintiff filed a Notice of Need for Mediation in this ADA case. [Docket No. 22.] Todd A. Boley was appointed as mediator on January 16, 2015. [Docket No. 23.] By no later than September 29, 2015, the parties shall submit a joint report regarding the status of this case, including the status of Defendant Eugenia S. Gabriel-Revoc.

**IT IS SO ORDERED.**

Dated: September 22, 2015



_____
Donna M. Ryu
United States Magistrate Judge