UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN RODGERS,

    Plaintiff,

v.

FREDERICK S GABRIEL, et al.,

    Defendants.

Case No. 14-cv-03588-DMR

**ORDER RE MEDIATION DEADLINE**

The court has received the parties' joint status report in which they request a 120-day continuance of the mediation deadline. The court continues the mediation deadline by 90 days. The parties shall submit a further joint status report **by December 30, 2015**.

**IT IS SO ORDERED.**

Dated: October 1, 2015



Donna M. Ryu
United States Magistrate Judge