Irene Karbelashvili, State Bar Number 232223
**LAW OFFICE OF IRENE KARBELASHVILI**
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-013
Fax: (408) 295-0142

Attorneys for JOHN RODGERS, Plaintiff

Leonard H. Watkins, State Bar Number 130174
**GENSER & WATKINS, LLP**
125 Park Place, Suite 210
Richmond, CA 94801
Fax: (510) 236-9851

Attorneys for FREDRICK S. GABRIEL
and FREDRICK T. GABRIEL, Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS, )<br>        Plaintiff, )<br>                     )<br>vs.               )<br>                     )<br>FREDRICK S. GABRIEL, et al.  )<br>                     )<br>        Defendants.  )<br>                     )<br>                     ) | Case No. 4:14-CV-03588-DMR<br><br>**JOINT STATUS REPORT;<br>REQUEST TO CONTINUE<br>MEDIATION DEADLINE; AND<br>[PROPOSED] ORDER THEREON** |

TO THE COURT, AND ALL PARTIES HEREIN:

   Pursuant to the Court's October 1, 2015 Order (Docket No. 26), Plaintiff John Rodgers ("Plaintiff") and Defendants Fredrick S. Gabriel and Fredrick T. Gabriel ("Defendants")(collectively, "the Parties") submit the following joint status report and a request to extend the mediation deadline.

   Since the last status report (Docket No. 25), the Parties have been in ongoing settlement discussions. Defendants have remediated the alleged barriers and provided Plaintiff with a

CASp Statement of Compliance. The Parties have yet to come to an agreement regarding monetary settlement. Plaintiff provided Defendants with his latest monetary demand on December 22, 2015.

While the Parties believe that they will be able to resolve the remaining issues without mediation, they nonetheless request a 60 day continuance of the mediation deadline in order to have the ability to have a Court sponsored mediation if it is needed. The Parties are in the process of scheduling a pre-mediation conference call.

Dated: December 29, 2015         /s/ Irene Karbelashvili
                                 Irene Karbelashvili, Attorney for Plaintiff
                                 JOHN RODGERS

Dated: December 30, 2015         /s/ Leonard H. Watkins
                                 Leonard H. Watkins, Attorney for Defendants
                                 FREDRICK S. GABRIEL and FREDRICK T. GABRIEL

### FILER'S ATTESTATION

I hereby attest that on December 30, 2015, I, Irene Karbelashvili, received the concurrence of Defendants' counsel in filing of this document.

/s/   Irene Karbelashvili
IRENE KARBELASHVILI

### [PROPOSED] ORDER

Having reviewed the Parties' joint status report and request to continue the mediation deadline, the court continues the mediation deadline by 60 days. The parties shall submit a further joint status report **by March 1, 2015.**

**IT IS SO ORDERED**

Dated:  Jan. 4, 2016

_____
Hon. Donna M. Ryu,
United States Magistrate Judge