**LAW OFFICE OF IRENE KARBELASHVILI**
Irene Karbelashvili, State Bar Number 232223
Irakli Karbelashvili, State Bar Number 302971
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-013
Fax: (408) 295-0142

Attorneys for JOHN RODGERS, Plaintiff

Leonard H. Watkins, State Bar Number 130174
**GENSER & WATKINS, LLP**
1990 N. California Blvd., 8th Floor
Walnut Creek, CA 94596
Ph.: 925.287.6438

Attorneys for FREDRICK S. GABRIEL
and FREDRICK T. GABRIEL, Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN RODGERS, ) | **Case No.** 4:14-CV-03588-DMR |
| Plaintiff, ) | |
| ) | **STIPULATION OF DIMISSAL OF** |
| vs. ) | **CLAIMS WITH PREJUDICE;** |
| ) | **AND [PROPOSED] ORDER** |
| FREDRICK S. GABRIEL, et al. ) | **[F.R.C.P.§§ 41(a)(1)(ii) and (2)]** |
| ) | |
| Defendants. ) | |

**STIPULATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JOHN RODGERS ("Plaintiff") and Defendants FREDRICK S. GABRIEL and FREDRICK T. GABRIEL by and through their respective attorneys of record, stipulate that:

1. Plaintiff's claims in the above-entitled action shall be dismissed <u>with prejudice</u> against all Defendants including EUGENIA S. GABRIEL-REVOC; IRMA CHAVEZ; AND MARIA R. CHAVEZ who have not appeared in the action.
2. The Court will Retain jurisdiction to enforce the terms of the parties' GENERAL RELEASE AND SETTLEMENT AGREEMENT signed by both parties and approved by their respective attorneys;
3. All parties shall bear his own costs and fees in the action.

IT IS SO STIPULATED

Dated: March 18, 2016         */s/ Irene Karbelashvili*
                              Irene Karbelashvili, Attorney for Plaintiff
                              JOHN RODGERS

Dated: March 22, 2016         */s/ Leonard H. Watkins*
                              Leonard H. Watkins, Attorney for Defendants
                              FREDRICK S. GABRIEL and FREDRICK T. GABRIEL

**FILER'S ATTESTATION**

I hereby attest that on, I, Irene Karbelashvili, on received the concurrence of Defendants' counsel in filing of this document.

                              */s/     Irene Karbelashvili*
                              IRENE KARBELASHVILI

**[PROPOSED] ORDER**

Having reviewed the above Stipulation for Dismissal of Claims with Prejudice by Plaintiff JOHN RODGERS on the one hand and Defendants FREDRICK S. GABRIEL and FREDRICK T. GABRIEL on the other hand,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's claims in the above-entitled action shall be dismissed with prejudice as against all Defendants;

2. The Court will retain jurisdiction to enforce the terms of the parties' GENERAL RELEASE AND SETTLEMENT AGREEMENT signed by both parties and approved by their respective attorneys;

3. Each Party shall bear his own costs and fees in this action.

Dated: _____March 24_____, 2016



_____
United States Magistrate Judge